EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | 2020 TSPR 44<br><br>204 DPR _____ |

Número del Caso:  EM-2020-12

Fecha:  22 de mayo de 2020

Materia:  Extensión de Términos Judiciales.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:*<br><br>Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | EM-2020-12 | Extensión de Términos Judiciales |

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de mayo de 2020.

El 12 de marzo de 2020 la Gobernadora de Puerto Rico, Hon. Wanda Vázquez Garced (Gobernadora), decretó un estado de emergencia por la amenaza que representa la pandemia por la propagación de COVID-19 (coronavirus). El 15 de marzo de 2020, la Gobernadora emitió una Orden Ejecutiva decretando un cierre total y toque de queda que aplica a entes gubernamentales y privados, con ciertas exclusiones relacionadas a servicios esenciales. La Orden Ejecutiva se extendió en dos ocasiones, con vigencia hasta el 3 de mayo de 2020 y luego hasta el 25 de mayo de 2020. Paulatinamente las órdenes han flexibilizado las actividades económicas y sociales autorizadas, sujeto a varias condiciones dirigidas a prevenir el riesgo de contagio. El 21 de mayo de 2020 se emitió la OE-2020-41 que extiende el toque de queda hasta el 15 de junio de 2020.

El 15 de marzo de 2020 el Poder Judicial anunció el cierre parcial de operaciones y suspendió´las vistas y asuntos citados en los tribunales del país hasta el 30 de marzo de 2020. Se dispuso que durante este periodo solo se atenderían asuntos urgentes tales como vistas de causa para arresto (Regla 6), órdenes de protección, solicitudes de traslado de menores fuera de la jurisdicción, otros asuntos de familia y menores de carácter urgente, y órdenes de ingreso involuntario a la luz de la Ley de Salud Mental, para nombrar algunos. El 16 de marzo de 2020 resolvimos extender hasta el 15 de abril de 2020 "[c]ualquier término que ven[ciera]

durante las fechas del 16 de marzo de 2020 hasta el 14 de abril de 2020". In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-03. Gradualmente, se han ampliado los asuntos civiles y de familia de competencia superior que se atienden en los Tribunales de Primera Instancia mediante videoconferencia. Mientras, el Tribunal de Apelaciones y este Tribunal han dispuesto los mecanismos para que se presenten asuntos urgentes, para que se atienda el despacho y se adelanten los borradores de sentencias y opiniones de los casos perfeccionados en ambos foros apelativos. Conjuntamente con la ampliación de los asuntos que se atienden actualmente por la Judicatura, extendimos los términos judiciales hasta el 8 de junio de 2020. Véanse, In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-05, EM-2020-07 y EM-2020-10.

El mismo 21 de mayo de 2020, la Rama Judicial informó que, por lo pronto, mantendría su operación inalterada y se continuará la atención remota de los asuntos judiciales mediante videoconferencia y presencial limitada a los asuntos que se atienden en las Salas de Investigaciones, mientras activa un plan de ampliación gradual por fases de las operaciones. Habida cuenta de la extensión de las medidas de cierre parcial de operaciones anunciado por la Rama Judicial --cónsono con las medidas cautelares necesarias para evitar la propagación del COVID-19--, y conforme nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos que aplican a los procedimientos judiciales, se decreta que cualquier término que venza durante las fechas del 16 de marzo de 2020 hasta el 14 de julio de 2020, se extenderá hasta el miércoles, 15 de julio de 2020. Esta determinación aplica a cualquier plazo instruido por orden judicial que venza entre estas fechas. No se vislumbran extensiones adicionales.

Por otra parte, y debido a las restricciones de movimiento a raíz de la situación de salud pública, se decreta que todo emplazamiento cuyo término de 120 días venza entre 16 de marzo y el 30 de junio de 2020, dispondrá de un término adicional de 60 días para diligenciarse, a saber, hasta el 29 de agosto de 2020.

Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

El Juez Asociado, señor Martínez Torres, está conforme y reitera las expresiones hechas en la resolución de 16 de marzo de este año.


                                        José Ignacio Campos Pérez
                                     Secretario del Tribunal Supremo